UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Eugene Branco

Case No.: 16-34104/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __February 28, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
2711 Dutchmill Road
Newfield, NJ
FMV - $250,000.00

Liens on property:
DiTech - $150,732.00
Wells Fargo - $120,981.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Eugene Branco

Case No.: 16-34104/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable  Andrew B. Altenburg, Jr. on  February 28, 2017  at  10:00  a.m. at the United States Bankruptcy Court, Courtroom no. 4B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
2496 Coles Mill Road
Franklinville, NJ
FMV - $95,000.00

Liens on property:    Citi - $86,847.00

Amount of equity claimed as exempt:  $6,000.00

Objections must be served on, and requests for additional information directed to:

Name:  /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:  117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.:  (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-34104-ABA
Eugene John Branco                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Feb 01, 2017
                              Form ID: pdf905          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
db            +Eugene John Branco,    2711 Dutch Mill Road,    Newfield, NJ 08344-5550
516556879      American Express,    PO Box 360001,    Fort Lauderdale, FL 33336-0001
516556880     +Audra Branco,    2711 Dutch Mill Road,    Newfield, NJ 08344-5550
516556881     +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
516556882     +Branco Hardscaping LLC,    2496 Coles Mill Road,    Franklinville, NJ 08322-3018
516556883     +Cabela's Club Visa,    PO Box82519,    Lincoln, NE 68501-2519
516556884      Citi Bank, NA,    PO Box 6004,    Sioux Falls, SD 57117-6004
516556886     +Citizens One Auto Finance,    PO Box 7000,    Providence, RI 02940-7000
516556887     +Clayton Block Company, Inc.,    PO Box 3015,    Lakewood, NJ 08701-9015
516556889      DiTech,    PO Box 7169,    Pasadena, CA 91109-7169
516556890     +Liberty Mutual Insurance,    PO Box 2027,    Keene, NH 03431-7027
516556892     +Michael P Lombardi,    Ralph Clayton & Sons,    PO Box 3015,    Lakewood, NJ 08701-9015
516556893     +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516556894     +Port Richmond Savings,    2522 East Allegheny Avenue,    Philadelphia, PA 19134-5197
516577914     +Powers Kirn, LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
516556896     +TD Auto Finance,    PO Box 16035,    Lewiston, ME 04243-9517
516556897     +US Gas/Tuckahoe Fuel,    3344 Tuckahoe Road,    Franklinville, NJ 08322-2427
516556898      Well Fargo Financial National Bank,    PO Box 660431,    Dallas, TX 75266-0431
516556899      Wells Fargo Bank, N.A.,    PO Box 14529,    Des Moines, IA 50306-3529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2017 23:00:46      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2017 23:00:42      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516556888     +E-mail/Text: bknotices@mbandw.com Feb 01 2017 23:01:09      Clipper Magazine,
               c/o McCarthy Burgess & Wolff,    26000 Cannon Road,    Cleveland, OH 44146-1807
516556891     +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 22:57:51      Lumber Liquidators/Synchrony Bank,
               PO Box 960061,    Orlando, FL 32896-0061
516556895     +E-mail/Text: bankruptcy@bbandt.com Feb 01 2017 23:00:38      Sheffield Financial,
               PO Box 580229,    Charlotte, NC 28258-0229
                                                                                                                                                           TOTAL: 5

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516556885      Citimortgage
                                                                                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
        David A. Thatcher    on behalf of Debtor Eugene John Branco dthatcher@thatcherpassarella.com
        Emmanuel J. Argentieri    on behalf of Creditor    Citizens Bank, NA fka RBS Citizens, N.A.
    bk@rgalegal.com
        Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
        Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
    tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers, III    on behalf of Creditor    MASTR Alternative Loan Trust 2005-1, Mortgage
    Pass Through Certificates, Series 2005-1, U.S. Bank National Association, as Trustee
    ecf@powerskirn.com
                                                                                                                                TOTAL: 6