| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire/3162<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorneys for Creditor,<br>Citizens Bank, N.A. f/k/a RBS Citizens, N.A. |
| EUGENE JOHN BRANCO<br>xxx-xx-5969<br>      Debtor. |

Order Filed on February 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Judge: ABA

Case No. 16-34104

Hearing Date: February 7, 2017 @ 10:00 a.m.

## ORDER VACATING STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: February 7, 2017

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Eugene John Branco
Case No: 16-34104/ABA
Caption of Order: ORDER VACATING STAY

---

Upon the motion of ("Movant") CITIZENS BANK f/k/a RBS Citizens, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following personal property:

2014 Ford Truck; VIN Number: 1FTFW1ETOEFC59366.

It is further ORDERED that the Movant may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor(s), Debtor(s)' attorney, any trustee and any other party who entered an appearance on the motion who were not served electronically by the court.