| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire/3162<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorneys for Creditor,<br>Citizens Bank, N.A. f/k/a RBS Citizens, N.A. |
| EUGENE JOHN BRANCO<br>xxx-xx-5969<br>               Debtor. |

Order Filed on February 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Judge: ABA

Case No. 16-34104

Hearing Date: February 7, 2017 @ 10:00 a.m.

## ORDER VACATING STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: February 7, 2017**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:   Eugene John Branco
Case No:  16-34104/ABA
Caption of Order: ORDER VACATING STAY

Upon the motion of ("Movant") CITIZENS BANK f/k/a RBS Citizens, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following personal property:

2014 Ford Truck; VIN Number: 1FTFW1ETOEFC59366.

It is further ORDERED that the Movant may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor(s), Debtor(s)' attorney, any trustee and any other party who entered an appearance on the motion who were not served electronically by the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Eugene John Branco  
      Debtor

Case No. 16-34104-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 07, 2017  
             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.  
db         +Eugene John Branco,    2711 Dutch Mill Road,    Newfield, NJ 08344-5550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:

         David A. Thatcher    on behalf of Debtor Eugene John Branco dthatcher@thatcherpassarella.com  
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Emmanuel J. Argentieri    on behalf of Creditor    Citizens Bank, NA fka RBS Citizens, N.A. bk@rgalegal.com  
         Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
         Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III    on behalf of Creditor    MASTR Alternative Loan Trust 2005-1, Mortgage Pass Through Certificates, Series 2005-1, U.S. Bank National Association, as Trustee ecf@powerskirn.com

                                                                                                        TOTAL: 7