UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-3320

**Powers Kirn, LLC**
ecf@powerskirn.com
William M. E. Powers III, Esq.
Angela C. Pattison, Esq.
728 Marne Highway, Suite 200
Moorestown, NJ  08057
(856) 802-1000
Attorney for MASTR Alternative Loan Trust 2005-1 Mortgage Pass Through Certificates, Series 2005-1, U.S. Bank National Association, as Trustee

In Re:

Eugene John Branco

Debtor(s)

Order Filed on March 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-34104-ABA

Chapter:  7

Hearing Date: 03/07/2017 at 10:00am

Judge:  Honorable Andrew B. Altenburg, Jr.

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 7, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Powers Kirn, LLC, Attorneys for CitiMortgage, Inc., as servicing sent for MASTR Alternative Loan Trust 2005-1 Mortgage Pass Through Certificates, Series 2005-1, U.S. Bank National Association, as Trustee, debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as 2496 Colesmill Road, Franklinville, NJ 08322

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.